441 A.2d 444

Commonwealth v. Toner, Appellant.

Submitted March 30, 1981.  F. Kirk Adams, for appellant;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and JOHNSON, JJ.

The judgment of sentence is affirmed on the comprehensive opinion and order of Judge Diggins.